IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTWAINE CHAMBERS | CRIMINAL NO. 24-209 |

### ORDER

**AND NOW**, this 10th day of December 2025, upon consideration of Defendant Antwaine Chambers' Motion to Suppress (ECF 54), the Government's Response (ECF 58), the Hearing on November 12, 2025 (ECF 59), and Defendant's Reply (ECF 61), it is hereby **ORDERED** that Defendant's request for a <u>Franks</u> hearing is **DENIED**, and Defendant's Motion to Suppress (ECF 54) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\24-209, USA v. Chambers\24-209, Order re MTS.docx